In the Supreme Court of Georgia

Decided: June 24, 2019

S19A0069.  HENRY v. SPIVEY.

PER CURIAM.

The judgment of the court below is affirmed without opinion pursuant to Supreme Court Rule 59.

*Judgment affirmed.  All the Justices concur.*